IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YASMIN VELAZQUEZ : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 2:11-CV-00263 |
| NCO FINANCIAL SYSTEMS, INC. : | |
| : | |
| Defendant. : | |

# **ORDER**

**AND NOW** this 31st day of May, 2011, upon consideration of Defendant NCO Financial Systems. Inc.'s ("Defendant") Motion to Dismiss Plaintiff's Complaint (Doc. No. 4) and the Opposition and Responses thereto, it is hereby **ORDERED** that Defendant's Motion is **DENIED**.

BY THE COURT

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE